1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

MADISON SHEWMAKER, JAMAAR
FAISON, and CYNTHIA BEEVERS,
individually and as a representative on behalf
of a class of similarly situated persons,

Case No.  2:24-cv-01948-RSL

9

10

Plaintiffs,

11

**ORDER GRANTING STIPULATED
MOTION TO STAY DEADLINES TO
ANSWER, DISMISS, OR OTHERWISE
RESPOND TO THE COMPLAINT AND
TO STAY ALL OTHER OPERATIVE
CASE DEADLINES**

v.

12

13

YARDI SYSTEMS, INC; A. J.
DWOSKIN & ASSOCIATES, INC.;
ALCO ANAGEMENT, INC.;
ARDMORE RESIDENTIAL, INC.; ASSET
LIVING LLC; BALACIANO GROUP;
BALKE BROWN
TRANSWESTERN, INC.; BRIDGE
PROPERTY MANAGEMENT, L.C.;
CALIBRATE PROPERTY
MANAGEMENT, LLC; CONTINENTAL
REALTY COPORATION; DALTON
MANAGEMENT, INC.; EDWARD ROSE
& SONS; ENVOLVE COMMUNITIES,
LLC; FPI MANAGEMENT, INC.; GRUBB
PROPERTIES, LLC; GUARDIAN REAL
ESTATE SERVICES LLC; HNN
ASSOCIATES, LLC; KRE GROUP, INC.;
LUMACORP, INC.; MANCO ABBOTT,
INC.; MCWHINNEY PROPERTY
MANAGEMENT, LLC; MORGUARD
MANAGEMENT COMPANY INC.; PRG
REAL ESTATE MANAGEMENT, INC.;
R.D. MERRILL REAL ESTATE
HOLDINGS, LLC;
RAM PARTNERS, LLC; SUMMIT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING STIPULATED MOTION TO
STAY DEADLINES TO ANSWER, DISMISS, OR
OTHERWISE RESPOND TO THE COMPLAINT
AND TO STAY ALL OTHER OPERATIVE CASE
DEADLINES - 1

1  MANAGEMENT SERVICES, INC.;
   CREEKWOOD PROPERTY
2  CORPORATION; TOWNE PROPERTIES
   ASSET MANAGEMENT COMPANY,
3  LTD.; TRIBRIDGE RESIDENTIAL, LLC;
   WESTERN NATIONAL PROPERTY
4  MANAGEMENT; WILLOW BRIDGE
   PROPERTY COMPANY NATIONAL d/b/a
5  LINCOLN PROPERTY COMPANY; 10
   FEDERAL MGMT, LLC; and FICTITIOUS
6  DEFENDANTS JOHN DOES 1-100,

7                      Defendants.

8

9       This matter comes before the Court on the parties' "Stipulated Motion to Stay the

10  Deadline to Answer, Dismiss, or Otherwise Respond to the Complaint and to Stay All Other

11  Operative Case Deadlines" pending resolution of the forthcoming motion to consolidate *Duffy v.*

12  *Yardi Systems, Inc.*, No. 2:23-cv-01391-RSL, with the above-captioned matter and *Frank v.*

13  *Yardi Systems, Inc.*, No. 2:24-cv-02053-RSL. The Court concludes that there is good cause for

14  the stay and therefore GRANTS the motion.

15       All deadlines in this case, including those set by Rule 12 and by court order, are stayed

16  pending resolution of the motion to consolidate. The *Duffy* plaintiffs shall file the anticipated

17  motion to consolidate within ten days of the date of this Order: defendants do not intend to

18  oppose consolidation. Should the Court grant consolidation, defendants will have 45 days from

19  the filing of a consolidated complaint in *Duffy* to answer, dismiss, or otherwise respond. Should

20  the Court deny the motion to consolidate, defendants will have 45 days from the denial to

21  answer, dismiss, or otherwise respond to the *Shewmaker* complaint.

22

23       Dated this 7th day of January, 2025.

24

25                      *MM S Lasnik*

26                      Robert S. Lasnik
                        United States District Judge
27